# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KATHRYN NAPIERSKI, an individual, and ARIELLE ALLEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VR GREEN FARMS, INC. , a California corporation, VILLA ROMANO, L.P., a California limited-partnership, VILLA ROMANO, LLC, a California limited-liability company, DOMINIC ROMANO, individually, and JANE and JOHN DOES 1-10, inclusive,<br><br>Defendants. | Case No.: SACV 14-01452 CJC (ANX)<br><br>**ORDER**<br><br>Judge:    Hon. Cormac J. Carney<br>Dept.:<br>Trial Date: None set |

### ORDER DISMISSING ALL CLAIMS, WITH PREJUDICE

It is hereby ordered that the request by Plaintiffs, Kathryn Napierski and Arielle Allen, to dismiss all their remaining claims against Defendants with prejudice be granted, and accordingly that all claims asserted by the Plaintiffs against the remaining Defendants, VR Green Farms, Inc. and Dominic Romano are hereby dismissed, with prejudice, and with all of the parties to bear his, her or its own costs.

DATED:  December 3, 2015

_____
Judge Cormac J. Carney

1